UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

**CRIMINAL COMPLAINT**

vs.

Case No. 3:24-mj- 1246 - JBT

WILLIAM ISAAK SPARKS
a/k/a "her.newdad"

I, the undersigned complainant, being duly sworn, state the following is true and

correct to the best of my knowledge and belief.   Beginning on or about May 1, 2024, and

continuing through on or about May 23, 2024, in the Middle District of Florida, and

elsewhere, the defendant,

> using a facility and means of interstate commerce, that is, by cellular telephone
> and by computer via the internet, did knowingly attempt to persuade, induce,
> entice, and coerce an individual who he believed had not attained the age of 18
> years to engage in sexual activity for which any person could be charged with
> a criminal offense, specifically, capital sexual battery of a person less than 12
> years of age, in violation of Florida Statute 794.011(2)(a),

in violation of Title 18, United States Code, Section 2422(b).   I further state that I am a

Special Agent of the Federal Bureau of Investigation, and that this Complaint is based on

the facts contained in the attached Affidavit.

DANIEL MOXLEY, Complainant

Sworn to before me by telephone or other reliable electronic means and signed by me
pursuant to Fed. R. Crim. P. 4.1 and 4(d) on this _18_ day of June, 2024 at Jacksonville,
Florida,

JOEL B. TOOMEY
United States Magistrate Judge

## AFFIDAVIT

I, Daniel Moxley, being duly sworn, state as follows:

## INTRODUCTION

1.      I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been so employed since July 2017. I am currently assigned to the Jacksonville, Florida Division of the FBI, where I conduct investigations in the area of child pornography. Prior to this assignment, I was employed as an Intelligence Analyst and Management and Program Analyst for the FBI for approximately 7 years. I have bachelor's degrees in economics and political science. I have received law enforcement training from the FBI Academy at Quantico, Virginia. A substantial portion of my duties are dedicated to investigating cases involving crimes against children under the auspices of the FBI's "Innocent Images" National Initiative. Since becoming a Special Agent, I have worked with experienced Special Agents who also investigate child exploitation offenses, as well as with experienced Assistant United States Attorneys who prosecute these offenses. I have been involved in searches of residences and devices pertaining to the solicitation, production, receipt, distribution, and possession of child pornography, as well as the online enticement, and attempted enticement, of minors to engage in sexual activity through the execution of search warrants. I have also worked in an undercover capacity in the investigation of matters involving the solicitation, production, receipt, distribution, and possession of child pornography, as well as the online enticement, and attempted enticement, of minors to engage in sexual activity.

2.     I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of 18 U.S.C. §§ 2251, 2252, and 2422(b). As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3.     The statements contained in this affidavit are based on information I obtained from my personal observations as well as from records and information directly provided to me by other law enforcement officers and personnel. This affidavit is being submitted for the limited purpose of establishing probable cause for the filing of a criminal complaint, and I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that WILLIAM ISAAK SPARKS, a/k/a "her.newdad" has committed a violation of Title 18, United States Code, Section 2422(b), that is, attempted online enticement of a minor to engage in illegal sexual activity.

4.     Based on my training and experience, I know that Title 18, United States Code, Section 2422(b) makes it a crime for a person, using any facility or means of interstate or foreign commerce, to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, or to attempt to do the same.  Additionally, I know that Florida Statute 794.011(2)(a) provides that "[a] person 18 years of age or older who commits sexual battery upon .

2

. . a person less than 12 years of age commits a capital felony . . . ." "Sexual battery" is defined by statute to include "oral, anal, or female genital penetration by, or union with, the sexual organ of another . . . ." Florida Statute 794.011(1)(j).

## REQUESTED COMPLAINT

5.      I make this affidavit in support of a criminal complaint against WILLIAM ISAAK SPARKS, a/k/a "her.newdad", for violating Title 18, United States Code, Section 2422(b). As further described herein, from on or about May 1, 2024, through on or about May 23, 2024, in the Middle District of Florida, and elsewhere, WILLIAM ISAAK SPARKS, a/k/a "her.newdad", using facilities of interstate commerce, that is, by cellular telephone via the internet, did knowingly attempt to persuade, induce, entice, and coerce a person whom WILLIAM ISAAK SPARKS believed had not reached the age of 18 years to engage in sexual activity for which a person can be charged with a criminal offense under the laws of the state of Florida, that is, capital sexual battery of a person less than 12 years of age, in violation of Florida Statute 794.011(2)(a), all in violation of Title 18, United States Code, Section 2422(b).

## PROBABLE CAUSE

6.      On May 1, 2024, I was acting in the capacity of an undercover persona and began conducting an online undercover operation designed to identify and target adult individuals who were seeking to make contact with and engage in illegal sexual activity with minor children. I was using a free mobile application, or "app," that permits individual users to meet online, engage in conversation through private

3

messages, and share photographs and videos. I was using the persona of the parent of an 11-year-old female child. Based on my training, experience, and conversations that I have observed occurring on this application during previous investigations, I know that individuals who have a sexual interest in children often use this application to meet other like-minded individuals with access to minor children. As I was working online in this undercover capacity, I joined a public chat group titled "Dau.love".

7.      Also on May 1, 2024, I observed app user "her.newdad" post within the public portion of the group that read "heyy anyone with dau?" to which I responded "Mine is 11". Shortly thereafter, app user "MenWearBowties" sent me a private message using the application's private message feature that read "Hey mines 12 I started a group of just pervs that talk filth about fucking mine". I exchanged several private messages with app user "MenWearBowties" who told me he has a "private group" with other users who discuss the sexual abuse and exploitation of children. App user "MenWearBowties" then added app user "her.newdad" to the private message conversation.

8.      On the same day, I exchanged several private messages with app users "MenWearBowties" and "her.newdad" using the application's private message feature. I made copies of and preserved as evidence the photos and the private messages exchanged between me (referred to as "UC" OR "salt") and "MenWearBowties" and "her.newdad". These conversations occurred using the

4

particular application using a cellular telephone and over the internet, both of which

I know to be a facilities of interstate commerce.

9.    The online chat conversation between me, "MenWearBowties", and

"her.newdad" that occurred on May 1, 2024 read as follows:

| | |
|---|---|
| MenWearBowties: | Hey mines 12 I started a group of just pervs that talk filth about fucking mine |
| UC: | Hey mines 11 |
| MenWearBowties: | Nice I really just want to watch others use mine |
| MenWearBowties: | And she gets perved hard by a friend or two lol |
| UC: | Private group? |
| MenWearBowties: | Yes just three guys |
| MenWearBowties: | All want to fuck mine every which way for me |
| MenWearBowties: | I'm sure they'd like yours too |
| MenWearBowties: | I did it because some people freak over her age |
| UC: | Invite? I'll join |
| | [App user "MenWearBowties" added app user "her.newdad" to the conversation] |
| MenWearBowties: | He'll show mine if you show yours lol |
| her.newdad: | Hey salt |
| MenWearBowties: | Ours are around the same age |
| UC: | Hey guys. Florida dad. Daughter is 11 |
| MenWearBowties: | Right when it starts |
| her.newdad: | I wish I had a girl of my own |
| MenWearBowties: | That's when I really saw people notify mine |
| MenWearBowties: | Notice |
| MenWearBowties: | And feel free to use mine |
| her.newdad: | If I ever get to see her I will |
| MenWearBowties: | Hehe oh I meant here but that too |
| her.newdad: | And salt if you need someone to teach your girl some things or someone to be her man I can help |
| her.newdad: | [11 second video sent of an adult male's fully exposed, erect penis] |
| MenWearBowties: | I've considered his service for mine |
| her.newdad: | I would even marry a girl her age, make her my own [sweating emoji] |
| MenWearBowties: | Want mine pregnant in 8th grade |
| her.newdad: | Mmm I can do that |
| UC: | Lol I don't want mine pregnant but she's ready to learn |
| UC: | She's 11. 6th grade |

MenWearBowties: Nice
MenWearBowties: New dad said he'd share mine with you
her.newdad:        That sounds perfect I would love to be her babysitter salt
her.newdad:        Sorry phone died
MenWearBowties: Mine too haha
MenWearBowties: I'm dying to see you tell someone else your plans for mine tbh
MenWearBowties: [photo sent of an unknown female taking a selfie in the mirror]
MenWearBowties: [photo sent of an unknown female taking a selfie in the mirror]
MenWearBowties: [image sent of an unknown female]
MenWearBowties: [file sent of what appears to be a hidden camera video, of what appears to be in a female's bedroom, but would not play as a video]
MenWearBowties: Figured I'd get the ball rolling or try to
her.newdad:        Sorry just a little busy
her.newdad:        I plan on being her full time babysitter and fucking her hard every night
her.newdad:        While her own dad watches
her.newdad:        Maybe even having him take a turn but we're still considering that
UC:                Hey sorry at work
UC:                Who's that girl
her.newdad:        His daughter
MenWearBowties: No excuses haha
UC:                She look good how old
UC:                [image sent of what appears to be minor female]
UC:                Mine.
her.newdad:        Oh wow she's gorgeous
UC:                I can't play the hidden cam vid it kicks me out every time I try
her.newdad:        Does she need a man
UC:                Real life or online?
her.newdad:        [11 second video sent of an adult male's fully exposed, erect penis]
MenWearBowties: Damn that sucks
her.newdad:        I can stuff this deep in her
her.newdad:        Real
UC:                Where y'all live
UC:                I been looking but never actually committed
her.newdad:        idk Abt Taylor but I'm in Michigan
her.newdad:        I've been looking too

6

| | |
|---|---|
| her.newdad: | Salt? |
| UC: | Florida |
| her.newdad: | I could see if I could find a way down there |
| her.newdad: | She's beautiful so it would definitely be worth it |
| MenWearBowties: | And beach wear is a plus |
| UC: | Lol yea I hear that all the time |
| MenWearBowties: | Mine went on vacation with her friends family I got a bunch of bikini pics from the dad |
| UC: | Are you not her real dad |
| her.newdad: | [15 second video sent of an adult male's fully exposed, erect penis] |
| her.newdad: | I'll make her feel good |
| her.newdad: | Taylor is |
| UC: | What |
| MenWearBowties: | She's mine |
| MenWearBowties: | I just had him share her |
| MenWearBowties: | I like to watch |
| UC: | You just said you don't know where Taylor is |
| MenWearBowties: | Right we met here |
| her.newdad: | You asked if I'm her real dad and I said Taylor is |
| her.newdad: | That's what I meant |
| her.newdad: | I don't have any of my own |
| her.newdad: | I'm here to have fun w them |
| MenWearBowties: | Mmm you can have your own with mine if you want |
| MenWearBowties: | No pulling out |
| her.newdad: | I would love to |
| her.newdad: | I don't mind getting either of them pregnant |
| her.newdad: | I'm into it |
| MenWearBowties: | Maybe my wife too lol |
| her.newdad: | Either one works for me |
| her.newdad: | Go to our private chat for a sec |

10.     Immediately following the message from app user "her.newdad" that read "Go to our private chat for a sec", app user "her.newdad" sent me a private message using the application's private message feature. Following this, user "her.newdad" and I exchanged several private messages on May 1, 2024. I made copies of and preserved as evidence the photos and the private messages exchanged between me (referred to as "UC") and "her.newdad". These conversations occurred

7

using the particular application using a cellular telephone and over the internet, both

of which I know to be a facilities of interstate commerce.

11.    The online chat conversation between me and "her.newdad" that

occurred on May 1, 2024 read as follows:

| | |
|---|---|
| her.newdad: | Do you need someone to rail your girl |
| UC: | I told you I've been looking but everyone is either fake or fantasy |
| her.newdad: | That's the same problem I have |
| UC: | Yea |
| her.newdad: | If you're serious I can try to come down there sometime but it's a long trip |
| her.newdad: | Everyone I've talked to always chickens out |
| UC: | I'm serious but will need to talk first |
| her.newdad: | That's understandable |
| UC: | Yea |
| UC: | What's your asl |
| her.newdad: | 23 m michigan |
| UC: | 36m Florida. She is 11 |
| UC: | We are in the Jacksonville area. |
| her.newdad: | Perfect age |
| UC: | Why is your account only 1 day old |
| her.newdad: | My last one just got banned |
| UC: | Ok |
| her.newdad: | How soon after talking could we set this up |
| UC: | If your serious I am open to getting you down here fast |
| UC: | What are you looking for with her |
| her.newdad: | Sorry I was driving |
| her.newdad: | Well if I could have anything, I would be her man, cuddle her, love her, sleep next to her, fuck her all the time, babysit her, anything she needs |
| her.newdad: | But I'm also okay with it if you're just looking for someone to fuck her and that's all |
| UC: | Do you have exp with young? |
| her.newdad: | Yes |
| her.newdad: | 12 and 13 |
| UC: | When and where. What happened |
| her.newdad: | Both times I met them in my car |
| her.newdad: | One time her mom showed up and she had to leave but the mom wasn't angry |

| | |
|---|---|
| her.newdad: | That was the 13 and the 12 had to sneak out her window 2 times for us to fuck |
| her.newdad: | I brought her back to my house and fucked her on the floor |
| her.newdad: | The second time we parked and fucked in the back of the car |
| her.newdad: | She was so wet the second time we met |
| UC: | How old were u |
| her.newdad: | That time was a couple of months ago |
| her.newdad: | So 23 |
| her.newdad: | 11 years older than her and she liked it |
| UC: | Ok so you have experience with this |
| UC: | Is she from Michigan too |
| her.newdad: | Yes |
| her.newdad: | She's not far from me |
| her.newdad: | I would do it again but I think she's grounded she hasn't been responding and that has happened before |
| her.newdad: | She wanted to swallow my cum last time we fucked |
| her.newdad: | She had to suck me for like 20 mins straight just for me to finally cum in her mouth |
| UC: | Pic? |
| her.newdad: | She swallowed it all like a good girl |
| her.newdad: | I wish I had some |
| her.newdad: | I can try to get some of her |
| her.newdad: | [11 second video sent of an adult male's fully exposed, erect penis] |
| her.newdad: | I managed to fit it all inside her |
| UC: | Yea |
| her.newdad: | Can I give you my number in case we lose contact |
| her.newdad: | [app name] isn't very reliable |
| her.newdad: | Also I found pics of her |
| UC: | Sure what is it |
| her.newdad: | One sec |
| her.newdad: | 12693593936 |
| UC: | Ok |
| her.newdad: | Can I send the pics on there bc [app name] might ban me |
| her.newdad: | Last time I sent pics like that from my gallery it did |
| UC: | You got WhatsApp |
| her.newdad: | no but I can get it |
| her.newdad: | I have telegram too that's pretty secure |
| UC: | How do I know your not trying to catch me |
| her.newdad: | [Video #1: child pornography video sent, approximately 12 seconds in length, of a prepubescent female child exposing her anus and genitalia] |

9

| her.newdad: | [Video #2: child pornography video sent, approximately 1 minute 10 seconds of a fully nude prepubescent female child and an adult female engaged in sexually explicit conduct] |
|---|---|
| her.newdad: | I can send you a video of me jacking off to these if that clears things up |
| her.newdad: | Idk how else to prove myself |
| UC: | Ok |
| her.newdad: | If you're down I'm free any time |
| her.newdad: | And I'll stay as long you want |
| her.newdad: | The more time I get with her the better |
| UC: | How would you get here |
| her.newdad: | I could save up some money and catch a bus or something |
| her.newdad: | I would take my car but I'm afraid it might not be able to handle the trip |
| her.newdad: | It's kinda junky |
| her.newdad: | If you're willing to help that would be even better |
| her.newdad: | But you don't have to |
| UC: | Where in Michigan are you |
| UC: | We are in Jacksonville |
| her.newdad: | Kalamazoo |
| her.newdad: | I've been to Florida a couple times with family |
| UC: | Lol that's a place. Kalamazoo |
| her.newdad: | Yea |
| UC: | I mean if you're willing to actually come her that proves everything. That your real. Legit. Down. |
| her.newdad: | I am very willing |
| her.newdad: | Everyone has been fake or pussied out so far |
| UC: | I think you are legit tho at least when it comes to interest. |
| UC: | Alright then what do we do to make it happen |
| her.newdad: | I would actually push my dick into your girl I'm not just into the fantasy |
| her.newdad: | I can come down as soon as a way is available |
| her.newdad: | You'll either need a hotel or to be home alone with her |
| her.newdad: | If I could fuck her in her room that would be really hot |
| UC: | Text me. [UC phone number] |
| her.newdad: | Okay I just did |

12.    I have reviewed the two videos sent by app user "her.newdad" on

May 1, 2024 described above. Based on my training and experience, both of these

videos depict at least one prepubescent minor female engaged in sexually explicit

conduct, that is, the lascivious exhibition of her genitalia (Video #1) and

masturbation (Video #2). Descriptions of each of the photos sent by app user

"her.newdad" are as follows:

> VIDEO #1: A color video with sound, approximately 12 seconds in
> length, of a prepubescent female child, based on the child's facial
> features and complete absence of pubic hair, sitting on what appears to
> be a bed. The child's pants are pulled down and the child moves the
> camera to record her fully exposed anus and genitalia, making it the
> focal point of the video. Based on my training and experience, I have
> probable cause to believe that this video depicts at least one
> prepubescent minor engaged in sexually explicit conduct, that is, the
> lascivious exhibition of her anus and genitalia, and therefore constitutes
> child pornography pursuant to Title 18, United States Code, Section
> 2256.

> VIDEO#2: A color video with sound, approximately one minute 10
> seconds in length, of a fully nude prepubescent female child, based on
> the child facial features and overall size, lying on an adult female's lap
> with her legs spread. The adult female is using a sex toy and her fingers
> to rub the child's genitalia. During the video, the camera zooms in on
> the child's genitalia and anus while the adult female is rubbing the
> child's genitalia, making it the focal point of the video. Based on my
> training and experience, I have probable cause to believe that this video

11

depicts at least one prepubescent minor engaged in sexually explicit

conduct, that is, masturbation, and therefore constitutes child

pornography pursuant to Title 18, United States Code, Section 2256.

13.     At this point the conversation transitioned from the particular social

media application to text messaging. The text message conversation between me and

269-359-3936 that occurred on May 1, 2024 and May 2, 2024 read as follows:

| | |
|---|---|
| 269-359-3936: | Hey it's me from [app name] |
| UC: | Hey |
| 269-359-3936: | Do you want to move the conversation over here or keep it on there |
| UC: | Her is fine if your ok with it |
| 269-359-3936: | Yes that's okay |
| 269-359-3936: | I'm hoping I can come down soon |
| UC: | I want this to be a 50/50 relationship |
| 269-359-3936: | Of course |
| 269-359-3936: | I'm ready to make the trip whenever a way is available and Ill stay as long as you let me |
| UC: | How much a bus ticket cost |
| 269-359-3936: | For a one way it's about 110 or 120 |
| UC: | Did you look it up |
| 269-359-3936: | Yea I just did |
| UC: | What about a flight |
| 269-359-3936: | I can look it up |
| 269-359-3936: | It's looking like about 260 |
| 269-359-3936: | I can take a bus it's much cheaper |
| 269-359-3936: | I would really enjoy it if I can come soon |
| UC: | You get a ticket and I'm sold |
| 269-359-3936: | I'll work on it |
| UC: | Ok I'm out of town for work next week but good after that |
| 269-359-3936: | Alright how long would I be staying |
| UC: | Do you have a job |
| 269-359-3936: | Right now I just babysit my nephew for money so it's not the best but it works |
| 269-359-3936: | I could get a job down there maybe |
| UC: | I mean let's see how things go first |
| 269-359-3936: | Yea that's why I said maybe |

| | |
|---|---|
| 269-359-3936: | It might take me a while to get the money together especially if it's round trip |
| UC: | Ok well if you can actually do it let me know |
| UC: | Your 23? |
| 269-359-3936: | Yes I am |
| UC: | What do you look like |
| 269-359-3936: | Usually I don't send face but for this I will |
| 269-359-3936: | [image sent of an unknown male wearing a dark hat] |
| 269-359-3936: | [image sent of an unknown male wearing a hooded jacket] |
| UC: | Ok yea you look decent she will like you |
| 269-359-3936: | Good it makes it better that way |
| UC: | It looks cold there lol |
| 269-359-3936: | Yea it was but it's warmed up a lot since then |
| UC: | Yea it's almost 90 here now |
| UC: | You got shorts bro lol |
| 269-359-3936: | Yea lol |
| UC: | Ok you'll need them |
| 269-359-3936: | Hopefully I can stay for a long time |
| UC: | We will see. I need to make sure ur not a danger to her or me and ur respectful |
| UC: | Who do you live with up there |
| 269-359-3936: | My sister at the moment |
| 269-359-3936: | If you allow me to I can take care of her and protect her, even marry her one day |
| UC: | Marry may be a bit much right now tbh |
| UC: | What's your name? |
| UC: | I'm [UC name] |
| 269-359-3936: | I mean in the future that's why I said one day |
| 269-359-3936: | I'm Isaak |
| UC: | Nice to meet you |
| 269-359-3936: | You too |
| UC: | How much do u make watching your nephew |
| 269-359-3936: | About 10 an hour not very much |
| UC: | How old he is |
| UC: | You gone |
| 269-359-3936: | I'm here sorry |
| UC: | What happened |
| 269-359-3936: | I am still interested |
| 269-359-3936: | Just a little busy sometimes |

14.     On May 6, 2024, the FBI served an administrative subpoena to the
particular social media application company requesting subscriber information for
app user "her.newdad".

15.     On May 20, 2024, the FBI received responsive documents to the
administrative subpoena served to the social media application company for
subscriber information related to the app user "her.newdad" account. I reviewed
these responsive documents which listed several IP addresses used by the account,
including IP address 75.133.203.44, which is owned by Charter Communications, at
least 100 times from May 1, 2024 to May 6, 2024. The results also listed a
registration e-mail address as "oopdoop@gmail.com" and registration device type as
an "Android Vortex HD67."

16.     On May 21, 2024, the FBI served an administrative subpoena to
Charter Communications requesting subscriber information for IP address
75.133.203.44 on May 1, 2024 at 17:34:32 UTC, which was an IP address used by
app user "her.newdad" several times to use the particular social media application.

17.     On May 21, 2024, I was acting in the capacity of an undercover persona
and began conducting an online undercover operation designed to identify and target
adult individuals who were seeking to make contact with and engage in illegal sexual
activity with minor children. I was using the same mobile application, or "app," that
permits individual users to meet online, engage in conversation through private
messages, and share photographs and videos. Again, I was using the persona of the

14

parent of an 11-year-old female child. As I was working online in this undercover capacity, I joined a public chat group titled "daugh4".

18.     Also on May 21, 2024, I observed another app user post a photo within the public portion of the group that depicted a clothed prepubescent minor lying on her side. In response to posting the photo of the clothed prepubescent minor, app user "her.newdad" posted two messages that read "I would pound her" and "You would hear clap clap clap clap clap" to the public group titled "daugh4".

19.     On the same day, I initiated a private message conversation with app user "her.newdad" using the private message feature of the application, and sent a message that read "Hey asl".

20.     I exchanged several private messages on May 21, 2024 and May 22, 2024. I made copies of and preserved as evidence the photos and the private messages exchanged between me (referred to as "UC") and "her.newdad". These conversations occurred using the particular application using a cellular telephone and over the internet, both of which I know to be a facilities of interstate commerce.

21.     The online chat conversation between me and "her.newdad" that occurred on May 21, 2024 and May 22, 2024 read as follows:

| UC: | Hey asl |
| her.newdad: | 23 m usa |
| UC: | 36m fl |
| her.newdad: | Nice |
| her.newdad: | Do you have a daughter |
| UC: | Yea she 11 |
| her.newdad: | That's great |
| her.newdad: | Does she need a man |
| UC: | She's 11 |

| | |
|---|---|
| her.newdad: | [15 second video sent of an adult male's fully exposed, erect penis] |
| her.newdad: | Yes I heard |
| UC: | Are you in Florida |
| her.newdad: | No but I would be willing to travel |
| her.newdad: | Michigan here |
| UC: | Have we talked before |
| her.newdad: | Possibly |
| her.newdad: | What does she look like |
| UC: | Dark brown hair. Small. |
| her.newdad: | That's adorable |
| UC: | Pretty sure we texted actually |
| her.newdad: | I'd love to come visit and be her man |
| her.newdad: | I actually don't look far off from her age so I think I could get her to like me |
| her.newdad: | I can pass for 16 or 17 |
| her.newdad: | I'd love to spend the night with her |
| UC: | Yea we talked before about this I remember |
| UC: | [image sent of what appears to be minor female] |
| her.newdad: | Oh yea I remember her she's so cute |
| her.newdad: | I'd love her to be my girl |
| UC: | Yea |
| her.newdad: | It's up to you |
| her.newdad: | I can take care of her when you aren't home |
| her.newdad: | Like a free babysitter |
| UC: | Yea I remember we talked about it and then u ghosted |
| her.newdad: | I did? |
| her.newdad: | I didn't mean to I would never ghost an opportunity like this |
| her.newdad: | I can give you my number if you want so we can stay in touch |
| UC: | What is it |
| her.newdad: | 2693593936 |

22.     At this point the conversation transitioned from the particular social media application to text messaging. The text message conversation between me and 269-359-3936 that occurred on May 22, 2024 and May 23, 2024 read as follows:

| | |
|---|---|
| UC: | Hey |
| 269-359-3936: | Yoo |

16

| | |
|---|---|
| 269-359-3936: | I would really love to be her man and take good care of her and show her lots of love |
| 269-359-3936: | To put a smile on her face every day |
| UC: | Yea you were saying that before |
| 269-359-3936: | Well I really do mean it |
| 269-359-3936: | I want to make her happy |
| UC: | Thanks man |
| 269-359-3936: | Any chance you could get me down there? |
| 269-359-3936: | Id love to be part of the family |
| UC: | How much is it |
| 269-359-3936: | Between one and two hundred |
| 269-359-3936: | That's about the price range |
| UC: | Did you look it up |
| 269-359-3936: | Yes |
| UC: | U have a screenshot |
| 269-359-3936: | If you want to you can just buy the bus ticket instead of giving me the money that way you know for sure I'm not just taking your money |
| 269-359-3936: | Yeah holdon |
| 269-359-3936: | What city in FL was it again |
| UC: | Jacksonville |
| 269-359-3936: | [screenshot sent of bus ticket prices from Kalamazoo, MI to Jacksonville, FL on May 25th] |
| 269-359-3936: | This is for this Friday, but further days out are cheaper |
| 269-359-3936: | [screenshot sent of bus ticket prices from Kalamazoo, MI to Jacksonville, FL on May 27th] |
| 269-359-3936: | For example this is for Sunday and one of them is only a hundred |
| UC: | Wow 32 hours |
| 269-359-3936: | Yea but im willing to do that |
| UC: | What about in June |
| 269-359-3936: | Yeah that sounds good when are you thinking |
| UC: | Early June? |
| UC: | School is out next Friday |
| 269-359-3936: | Yea that sounds great |
| UC: | How do I now you're actually going to show if I buy the ticket |
| 269-359-3936: | I can send you videos of me going to the bus stop or we can call and talk about it |
| 269-359-3936: | I can't get any money out of a bus tickets so I'm not gaining anything from waisting your time |
| UC: | You looked up greyhound? |
| 269-359-3936: | Yeah |

17

| | |
|---|---|
| 269-359-3936: | That's the screenshots i sent you |
| UC: | Ok looking |
| UC: | [screenshot sent of bus ticket reservation screen] |
| 269-359-3936: | That's perfect |
| 269-359-3936: | Make sure you select one way because round trip cost more |
| UC: | Passenger name |
| 269-359-3936: | My legal name? |
| 269-359-3936: | I usually don't give that out but I can |
| UC: | I think I will need it |
| 269-359-3936: | William sparks |
| UC: | Bro if that's ur real name that's a sweet name |
| 269-359-3936: | Lol thank you |
| 269-359-3936: | I can give your daughter my last name maybe |
| 269-359-3936: | You still there |
| UC: | Hold on in a meeting |
| 269-359-3936: | Okay that's fine |
| UC: | And bro she 11 she don't need a new name right now lol |
| 269-359-3936: | No no no I mean in some years lol |
| 269-359-3936: | I would want to get to know her first that's why I said maybe |
| UC: | Ok I respect that |
| 269-359-3936: | Marriage is a pretty big deal |
| 269-359-3936: | Let me now if you get that ticket and the date and I'll plan to be ready |
| 269-359-3936: | Yo |
| UC: | Just got off |
| 269-359-3936: | Oh okay |
| UC: | So you think June will work |
| 269-359-3936: | Yea really any time works for me, the sooner the better |
| UC: | School is out next week so I think any time after that |
| UC: | What is your intention with her once u get here |
| 269-359-3936: | Talk to her, get to know her, cuddle with her, tell her how pretty she is and make her feel special, maybe go to the movies or a date that's low key |
| 269-359-3936: | Basically to take care of her when you can't and make her feel loved |
| 269-359-3936: | I'll be kind of similar to a caring big brother but with a little more flirting and without being related |
| 269-359-3936: | If that makes sense |
| UC: | Ok that does make sense |
| UC: | And once she is comfortable with you? |

18

| | |
|---|---|
| 269-359-3936: | Well we will start slow, once she's comfortable it might just be kissing and cuddling for a bit and when she's comfortable enough to try more we can move on from there |
| 269-359-3936: | I want to be sure she enjoys it as much as I do |
| UC: | Ok |
| 269-359-3936: | Does that sound alright with you |
| UC: | Yea and your 23? |
| 269-359-3936: | Yes |
| 269-359-3936: | Do you still have my face pics |
| 269-359-3936: | I can bring my ID to prove it |
| UC: | I don't have them anymore |
| 269-359-3936: | I'm gonna send them on [app name] is that alright |
| UC: | Yes |
| UC: | [Image sent of what appears to be a minor female] |
| UC: | My [app name] just messed up |
| 269-359-3936: | She's so cute |
| 269-359-3936: | Good thing I got your number |
| UC: | Yea for real |
| UC: | [screenshot sent saying an update is required] |
| UC: | U get this? |
| 269-359-3936: | I haven't been on in a while |
| 269-359-3936: | Just update it |
| UC: | I tried and it said iOS needs updating but won't let me update it |
| UC: | Whatever u cool on regular text? |
| 269-359-3936: | Yes that's fine |
| 269-359-3936: | You might have to try it while your phone is plugged in iOS updates require that |

23.     During the times I was engaging in undercover chats with SPARKS, I was located within the Middle District of Florida.

24.     On May 23, 2024, FBI Staff Operations Specialist (SOS) B. Forte queried the name "William Sparks" in law enforcement databases. The query revealed "William Isaak Sparks", with a date of birth in 2001, was associated to a physical address located at "1782 104th Ave, Ostego, Michigan 49078."

25.     On May 30, 2024, I reviewed the Michigan Department of Motor Vehicles Driver License record for WILLIAM ISAAK SPARKS and the photo of SPARKS contained therein. This record lists the same date of birth in 2001 and residential address as "1782 104th Ave, Ostego, Michigan 49078."  I note that during my text messaging with the subject, he stated his name was "Isaak" and that he was 23 years old.

26.     On June 6, 2024, the FBI received responsive documents to the administrative subpoena served to Charter Communications for subscriber information related to IP address 75.133.203.44 on May 1, 2024 at 17:34:32 UTC, which was an IP address used by app user "her.newdad" to use the particular social media application. I have reviewed the responsive documents which listed the subscriber of IP address 75.133.203.44 as "JILLIAN SPARKS" with a service address of "807 Wheaton Ave, Kalamazoo, MI 49008-1374".

27.     On June 13, 2024, I spoke to the Township of Kalamazoo Police Department Detective Sergeant Georgeann Ergang. Sergeant Ergang told me that on May 24, 2024, WILLIAM SPARKS was arrested by the Michigan State Police based on information provided by a private citizen that SPARKS was attempting to have sex with who he believed to be an 11 year old female child. Sergeant Ergang told me that when SPARKS was arrested, he had an unused condom, a cellular phone, and $45.00 cash on his person, which was seized as evidence. Sergeant Ergang SPARKS was charged with a felony and currently detained in Michigan.

28.     On June 14, 2024, Sergeant Ergang sent me a series of reports related to SPARKS's arrest in Michigan on May 24, 2024. I reviewed the reports sent by Sergeant Ergang and learned the following:

    a.  On May 22, 2024, the Michigan State Police learned of an individual attempting to have sex with an 11 year old female child in Kalamazoo, Michigan. A private citizen had engaged in online conversations with this individual and reported the communications to Michigan State Police Sergeant Adam Starkweather.

    b.  Upon review of the communications, Sergeant Starkweather and Kalamazoo Police Department Detective Jeff Jerzyk determined an individual named "Kaden" intended to meet an 11 year old female child for sex in Kalamazoo, Michigan.

    c.  During the conversation between "Kaden" and the private citizen, "Kaden" sent two photos of an adult male and used telephone number "269-359-3936", which is the same telephone number WILLIAM SPARKS used during the text message conversation I had with SPARKS while portraying the parent with access to an 11 year old female child.

    d.  Detective Jerzyk submitted the two photos sent by the user of telephone number "269-359-3936" to a facial recognition software program. Results concluded the adult male in the photos depicted "WILLIAM ISAAC SPARKS," with a date of birth in 2001.

21

e. Detective Jerzyk reviewed SPARKS' criminal history which included that in 2019, SPARKS plead guilty to indecent exposure and disturbing the peace in Michigan and in 2018, SPARKS was arrested for misdemeanor assault in Indiana. Additionally, Detective Jerzyk learned there is a protection order on SPARKS placed by a minor female residing in Indiana. Additionally, in 2023, SPARKS was arrested in Indiana for "child exploitation and dissemination of matter harmful to minors." Also, in 2024, SPARKS was arrested in Indiana in 2024 for invasion of privacy.

f. Detective Jerzyk spoke to LaGrange Police Department Chief Deputy Nick Martin who provided Detective Jerzyk with SPARKS' police records from Indiana. Upon review of these documents, Detective Jerzyk noted that "in summary, it reveals that SPARKS has been grooming [the minor female] since she was 10 years old and when she turned 16 and he was 22 they started a dating relationship."

g. Detective Jerzyk reviewed the online conversation between the private citizen and SPARKS and concluded the conversation occurred from May 15, 2024, to May 24, 2024. During the conversation, SPARKS tells the private citizen, who is posing as a parent with access to an 11-year old female child, that he wants to "cuddle her, kiss her and fuck her" referring to the child. SPARKS

22

also states he will be driving a "tan Saturn" vehicle. A pre-determined meeting location was established as "4206 Glen Street."

h.  On May 24, 2024, the Township of Kalamazoo Police Department conducted a surveillance and arrest operation in the area. Surveillance observed a tan Saturn registered to SPARKS's mother pull into a driveway directly across the street from 4206 Glen Street. Sergeant Ergang and Michigan State Police Trooper Maxwell Miniat placed SPARKS under arrest.

i.  Following SPARKS' arrest, several electronic devices were taken into evidence, to include hard drives and computers. Additionally, a black iPhone, model A1778, $45.00 cash, and a sealed condom were seized as evidence from SPARKS.

j.  SPARKS was charged in Michigan with "attempted criminal sexual conduct – second degree."

29.  On June 16, 2024, I reviewed the online message conversation between the private citizen portraying a parent with access to an 11 year old child and SPARKS. During my review of the conversation, I concluded that SPARKS used the same telephone number during this conversation as he did during the conversation I had with him from May 1, 2024, to May 23, 2024, that is, telephone number 269-359-3936. Additionally, I also concluded SPARKS sent the same two photos of an adult male during this conversation as he did during the conversation I had with him from May 1, 2024, to May 23, 2024.

23

30.     Also on June 16, 2024, I reviewed the Michigan State Police Report documenting the facial recognition comparison of the photo sent by SPARKS depicting an adult male wearing a black hat, which he sent to me on May 1, 2024 and that he sent to the private citizen portraying a parent with access to an 11 year old female child. Contained within the report, is a photo of SPARKS. I reviewed both photos and concluded both of the photos depict the same person, that is, WILLIAM ISAAK SPARKS.

31.     On June 17, 2024, SOS Forte conducted open source queries and identified Facebook profiles belonging to "Isaak Sparks" and "Jillian Sparks." I reviewed both Facebook profiles and concluded that the Facebook profiles belonging to "Isaak Sparks" and "Jillian Sparks" have several mutual friends.

32.     Based upon the foregoing facts, I have probable cause to believe that from on or about May 1, 2024, through on or about May 23, 2024, in the Middle District of Florida, and elsewhere, WILLIAM ISAAK SPARKS, a/k/a "her.newdad", using a facility and means of interstate commerce, that is, by cellular telephone and by computer via the internet, did knowingly attempt to persuade, induce, entice, and coerce a person whom WILLIAM ISAAK SPARKS believed had not reached the age of 18 years to engage in sexual activity for which any person could be charged with a criminal offense, specifically, capital sexual battery of a

person less than 12 years of age, in violation of Florida Statute 794.011(2)(a), all in

violation of Title 18, United States Code, Section 2422(b).

DANIEL MOXLEY, Special Agent
Federal Bureau of Investigation

Sworn to before me by telephone or other reliable electronic means and signed by me
pursuant to Fed. R. Crim. P. 4.1 and 4(d) on this ___ day of June, 2024 at
Jacksonville, Florida,

JOEL B. TOOMEY
United States Magistrate Judge

25